

**NUMBER 13-19-00584-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**DEAN EDWARD BARRERA,** **Appellant,**

**v.**

**RUBY VENUS,** **Appellee.**

---

**On appeal from the 445th District Court
of Cameron County, Texas.**

---

**MEMORANDUM OPINION**

**Before Chief Justice Contreras and Justices Longoria and Perkes
Memorandum Opinion by Justice Perkes**

Appellant, Dean Edward Barrera, appealed a judgment entered by the 445th District Court in Cameron County, Texas in cause number 2018-DCL-06103-I. Appellant has filed a motion to dismiss his appeal. More than ten days have passed, and appellee has not filed a response to the motion to dismiss. *See* TEX. R. APP. P. 10.3 (a).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Based on our review of the record, dismissal of the appeal would not prevent a party from seeking relief to which it would otherwise be entitled. *See id.* 42.1(a)(1). Accordingly, appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Pending motions, if any, are likewise DISMISSED. Costs will be taxed against appellant. *See id*. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GREGORY T. PERKES
Justice

Delivered and filed the
20th day of December, 2019.